**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISCTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angela L. Cephas <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-13271 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,
**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322