# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela L. Cephas <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 19-13271 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Specialized Loan Servicing as servicer for Wells Fargo Bank, N.A. FKA Wells Fargo Bank Minnesota, N.A., as Trustee for Reperforming Loan REMIC Trust, Series 2002-2 and index same on the master mailing list.

Respectfully submitted,
**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322