Case 19-13271-elf    Doc 19    Filed 10/03/19    Entered 10/03/19 17:43:38    Desc
Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 19-13271-ELF

ANGELA L CEPHAS

69 BARTRAM AVENUE

LANSDOWNE, PA 19050-

        Debtor

## CERTIFICATE OF SERVICE

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

        ANGELA L CEPHAS

        69 BARTRAM AVENUE

        LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

        BRAD J. SADEK ESQ
        SADEK LAW OFFICE
        1315 WALNUT STREET #502
        PHILADELPHIA, PA 19107-

                /S/ William C. Miller

Date: 10/3/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee