# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Angela L. Cephas <br>       Debtor(s) | |
| | CHAPTER 13 |
| Wells Fargo Bank, N.A. FKA Wells Fargo Bank Minnesota, N.A., as Trustee for Reperforming Loan REMIC Trust, Series 2002-2, its successors and/or assigns <br>       Movant <br> vs. | NO. 19-13271 ELF |
| Angela L. Cephas <br>       Debtor(s) | |
| William C. Miller Esq. <br>       Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Wells Fargo Bank, N.A. FKA Wells Fargo Bank Minnesota, N.A., as Trustee for Reperforming Loan REMIC Trust, Series 2002-2, which was filed with the Court on or about **June 24, 2019, docket number 12**.

              Respectfully submitted,

            By: **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322
              Attorney for Movant/Applicant

December 18, 2019