**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANGELA L CEPHAS | Chapter 13 |
| Debtor | Bankruptcy No. 19-13271-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 3, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
ANGELA L CEPHAS

69 BARTRAM AVENUE

LANSDOWNE, PA 19050-